# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0901. CARL S. WALLER v. THE STATE.

In May 2019, Carl S. Waller entered counseled guilty pleas to one count of child molestation and one count of reckless conduct. Waller did not file a direct appeal, but in August 2020, he filed a pro se motion for an out-of-time appeal. The trial court denied Waller's motion on November 4, 2020, and Waller filed a notice of appeal on December 8, 2020. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Waller's notice of appeal was filed 34 days after entry of the trial court's order. The appeal is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/22/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.